**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LANCE BAYLESS, | * | |
| *Reg. # 17269-026* | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 2:14CV00086-JJV |
| C.V. RIVERA, *Warden*, | * | |
| *FCI-Forrest City*, | * | |
| Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 25th day of September, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE